UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  JUSTIN RYAN RICHARDSON<br>  STEPHANIE NICHOLE RICHARDSON<br><div align="right">Debtors</div> | CASE NO: 05-45374<br>    (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4010037**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | JUSTIN RYAN RICHARDSON & STEPHANIE NICHOLE RICHARDSON<br>4511 WILSON ROAD<br>JAMESTOWN, OH  45335 | 33.46 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/14/2010

Certificate of Service                    05-45374

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JUSTIN RYAN RICHARDSON          STEPHANIE NICHOLE RICHARDSON          HAROLD JARNICKI
4511 WILSON ROAD                1330 REID AVE                         576 MOUND CT
JAMESTOWN, OH  45335            XENIA, OH  45374                      SUITE B
                                                                     LEBANON, OH  45036

(14.1n)                         (15.1n)
ATTY GENERAL STATE OF OHIO      R CHARLES DIX
% REBECCA DAUM                  120 E FOURTH ST  8TH FLOOR
30 E BROAD ST 23RD FL           CINCINNATI, OH  45202
COLUMBUS, OH  43215

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    cs

0545374_42_20100414_0920_278/T317_cs
###